IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**   ) | |
| ) | |
| **v.**   ) | **CRIMINAL NO. 05-00018-001-CG** |
| ) | |
| **NATHANEAL McCANTS,**   ) | |
| ) | |
| **Defendant.**   ) | |

**ORDER**

This matter is before the court on defendant's Motion for Reduction of Sentence Pursuant to 18 U.S.C. § 3582(c)(2).  (Doc.30)

Effective November 1, 2007, the United States Sentencing Commission enacted Amendment 706 to the United States Sentencing Guidelines.  In general, that Amendment operates to reduce the guideline ranges for particular quantities of crack cocaine, such that the base offense level falls by two levels.  The Commission has deemed this amendment to apply retroactively.  See U.S.S.G. § 1B1.10(c); Amendments 712 and 713.  Through his motion, defendant seeks to have the court apply the modified Guidelines scheme for crack cocaine offenses to his sentence.   Pursuant to 18 U.S.C. § 3582(c)(2), the court is empowered to reduce defendant's sentence under these circumstances.  See generally United States v. Armstrong, 347 F.3d 905, 909 (11th Cir. 2003) ("amendments claimed in § 3582(c)(2) motions may be retroactively applied solely where expressly listed under § 1B1.10(c)").

After review of the motion and all relevant factors prescribed by § 1B1.10 and Application Note 1(B) to same, the court has determined that a reduction of sentence based on the amended guideline range may be appropriate in this case.  Defendant's original guideline

range was 140 to 175 months, and, pursuant to the Government's motion for downard departure for substantial assistance, the court imposed a sentence of 70 months, which was 50% off the low end of the guideline range. According to the revised guidelines calculation prepared by the United States Probation Office, defendant's new guideline range is 120 to 150 months after retroactive application of Amendment 706. Imposing a similar 50% off the low-end sentence in this case would result in a sentence of 60 months. Unless either party files a written objection on or before **June 7, 2008**, the court will enter an order reducing defendant's term of imprisonment to **60** months.

Defendant's request for a hearing on the motion is **DENIED**.

**DONE** and **ORDERED** this 7th day of May, 2008.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE